**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLEMNITY PERSONNEL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EXQUISITE APPAREL CORP.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01068-MCS-AS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, it is ordered, adjudged, and decreed that the case is dismissed with prejudice. Plaintiff shall take nothing from this case.

**IT IS SO ORDERED.**

Dated: February 9, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE